UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of U.S. VS. BROWN
HARRY DEFOURNEAU

Case 08CR 453-6

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HARRY DEFOURNEAU

**FILED**
JUL X 1 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| SIGNATURE s/ | [signature] |
| FIRM | DONNA MAKOWSKI |
| STREET ADDRESS | 53 W. JACKSON #930 |
| CITY/STATE/ZIP | CHGO. IL. 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6186650 | TELEPHONE NUMBER (312) 3470028 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Co-Counsel)  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐