Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Harry DeFourneau | | |

**DOCKET ENTRY TEXT**

Consent to modify conditions of release is granted. Enter Order of Consent to modify conditions of release
* Participate in Mental Health Treatment as directed by Pretrial Services
* Submit to substance abuse testing as required by Pretrial Services.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 11 PM 12:19
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|