

PS 42
(Rev. 3/05)

# United States District Court
## Northern District Of Illinois

| United States of America | ) | |
|---|---|---|
| vs. | ) | 08cr 453 |
| Harry DeFourneau | ) | Case No. 08 CR 453 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Harry DeFourneau__, have discussed with __Jonathan P. Reid__, Pretrial Services Officer, modifications of my release conditions as follows:

- Participate in Mental Health treatment as directed by Pretrial Services
- Submit to substance abuse testing as required by Pretrial Services

Assistant U.S. Attorney __Daniel May__ was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-9-08        _____  7/9/08
Signature of Defendant    Date           Pretrial Services Officer  Date

Reviewed by:
Jennifer L. Bowers
Supervising Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              7/9/08
Signature of Defense Counsel          Date

☑ The above modification of conditions of release is ordered, to be effective on _____
☐ The above modification of conditions of release is *not* ordered.

_____              7/11/2008
Signature of Judicial Officer         Date